LAW OFFICE OF MARK E. MERIN
Mark E. Merin, SBN 043849
Jeffrey I. Schwarzschild, SBN 192086
2001 P Street, Suite 100
Sacramento, California 95814
Telephone: (916) 443-6911
Facsimile: (916) 447-8336
E-Mail: office@markmerin.com

Attorneys for Plaintiff

---o0o---

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

---o0o---

| | |
|---|---|
| DIANE DUNCAN,<br><br>　　　　Plaintiff,<br><br>v.<br><br>SACRAMENTO COUNTY; SACRAMENTO COUNTY SHERIFF'S DEPARTMENT, SHERIFF LOU BLANAS, and DOES I through XXX, inclusive,<br><br>　　　　Defendants. | CASE NO. CIV.S-04-523 LKK/DAD<br><br>**VOLUNTARY DISMISSAL BY STIPULATION OF DEFENDANTS CITY OF SACRAMENTO AND CHIEF OF POLICE ALBERT NAJERA [FRCP Rule 41(a)]; and ORDER**<br><br>COMPLAINT FILED:　March 16, 2004<br>TRIAL DATE:　　　　June 26, 2005 |

It is hereby stipulated by and between the parties hereto that the following parties only may be dismissed with prejudice, each party to bear their own costs:

- CITY OF SACRAMENTO
- CHIEF OF POLICE ALBERT NAJERA

Dated: January 3, 2006　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　LAW OFFICES OF MARK E. MERIN


　　　　　　　　　　　　　　　　　　/s/ - "Jeffrey I. Schwarzschild"
　　　　　　　　　　　　　　By:_____
　　　　　　　　　　　　　　　　JEFFREY I. SCHWARZSCHILD, Esq.
　　　　　　　　　　　　　　　　Attorneys for Plaintiff

Page 1 of 2

Diane Duncan v. State of California, et al.　　　　　　　　　　　　　　　　　　　　　USDC, Eastern District, Case No. CIV.S-04-523 LKK/DAD
VOLUNTARY STIPULATION OF DISMISSAL OF CITY OF SACRAMENTO & CHIEF OF POLICE ALBERT NAJERA

Dated: January 4, 2006        Respectfully submitted,

SAMUEL L. JACKSON CITY ATTORNEY
CITY OF SACRAMENTO

/s/ - "Gerald C. Hicks"
By:_____
GERALD C. HICKS
Sr. Deputy City Attorney
Attorneys for Defendant CITY OF SACRAMENTO
and CHIEF OF POLICE ALBERT NAJERA

Dated: January 5, 2006        Respectfully submitted,

PORTER, SCOTT, WEIBERG & DELEHANT

/s/ - "Keith E. Nourot"
By:_____
KEITH E. NOUROT, Esq.
Attorneys for Defendant COUNTY OF
SACRAMENTO, SACRAMENTO COUNTY
SHERIFF'S DEPARTMENT and SACRAMENTO
COUNTY SHERIFF LOU BLANAS

## ORDER

   IT IS HEREBY ORDERED that defendants CITY OF SACRAMENTO and CHIEF OF POLICE ALBERT NAJERA may be, and are hereby, dismissed with prejudice, each party to bear their own costs.

Dated:  January 12, 2006.

/s/Lawrence K. Karlton
Lawrence K. Karlton
Senior Judge

Page 2 of 2

Diane Duncan v. State of California, et al.                    USDC, Eastern District, Case No. CIV.S-04-523 LKK/DAD
VOLUNTARY STIPULATION OF DISMISSAL OF CITY OF SACRAMENTO & CHIEF OF POLICE ALBERT NAJERA