**PORTER, SCOTT, WEIBERG & DELEHANT**
A Professional Corporation
Terence J. Cassidy, SBN 099180
John R. Whitefleet, SBN 213301
350 University Avenue, Suite 200
Sacramento, California 95825
(916) 929-1481
(916) 927-3706 (facsimile)

Attorneys for Defendants COUNTY OF SACRAMENTO, SACRAMENTO COUNTY SHERIFF'S DEPARTMENT and SHERIFF LOU BLANAS

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DIANE DUNCAN,<br><br>        Plaintiff,<br><br>vs.<br><br>STATE OF CALIFORNIA, CALIFORNIA HIGHWAY PATROL, COMMISSIONER D.O. HELMICH, SACRAMENTO COUNTY; SACRAMENTO COUNTY SHERIFF'S DEPARTMENT, SHERIFF LOU BLANAS, CITY OF SACRAMENTO, SACRAMENTO CITY POLICE DEPARTMENT, CHIEF OF POLICE ALBERT NAJERA and DOES I through XXX, inclusive,<br><br>        Defendants.<br>_____/ | Case No.: CIV S-04-0523 LKK PAN (JFM)<br><br>**ORDER EXTENDING TIME TO FILE SEPARATE AND JOINT PRE-TRIAL STATEMENTS** |

Based on the Stipulation of the parties and good cause appearing therefor, IT IS HEREBY ORDERED that the Joint Pre-trial Statements and Separate Pre-trial Statements shall be filed on or before June 28, 2006.

IT IS SO ORDERED.

DATED: June 22, 2006.

                                                _/s/ Lawrence K. Karlton_
                                                Lawrence K. Karlton
                                                Senior Judge
                                                United States District Judge

LAW OFFICES OF
**PORTER, SCOTT,**
**WEIBERG & DELEHANT**
A PROFESSIONAL CORPORATION
350 UNIVERSITY AVE., SUITE 200
P.O. BOX 255428
SACRAMENTO, CA 95865
(916) 929-1481
www.pswdlaw.com

00439007.WPD   **ORDER EXTENDING TIME TO FILE JOINT PRE-TRIAL STATEMENT**