UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DIANE DUNCAN,

        Plaintiff,

  v.

STATE OF CALIFORNIA, et al.,

        Defendants.
_____/

NO. CIV. S-04-523 LKK/PAN (JFM)

**ORDER RE DISPOSAL DOCUMENTS AFTER NOTIFICATION OF SETTLEMENT**

    Counsel for the parties have informed the court that the parties have settled the above-captioned case. The court now orders that the dispositional documents disposing of the case be filed no later than sixty (60) days from the effective date of this order.

    All hearing dates heretofore set in this matter, including the Pretrial Conference and trial, are hereby **VACATED.**

////

////

////

1

1  <u>FAILURE TO COMPLY WITH THIS ORDER MAY BE GROUNDS FOR THE</u>
2  <u>IMPOSITION OF SANCTIONS ON ANY AND ALL COUNSEL OR PARTIES WHO</u>
3  <u>CONTRIBUTED TO THE VIOLATION OF THIS ORDER.</u>
4  IT IS SO ORDERED.
5  DATED: August 4, 2006

                         /s/ Lawrence K. Karlton
                         LAWRENCE K. KARLTON
                         SENIOR JUDGE
                         UNITED STATES DISTRICT COURT