1

**PORTER, SCOTT, WEIBERG & DELEHANT**

2
A Professional Corporation
Terence J. Cassidy, SBN 099180

3
John R. Whitefleet, SBN 213301
350 University Avenue, Suite 200

4
Sacramento, California 95825

5
(916) 929-1481
(916) 927-3706 (facsimile)

6

7
Attorneys for Defendants COUNTY OF SACRAMENTO and SACRAMENTO COUNTY

8
SHERIFF'S DEPARTMENT

9

10
**UNITED STATES DISTRICT COURT**

11
**EASTERN DISTRICT OF CALIFORNIA**

12

13
DIANE DUNCAN,                                    Case No.: CIV S-04-0523 LKK DAD

14

15
            Plaintiff,

vs.                                              **STIPULATION AND ORDER FOR**

16
                                                 **DISMISSAL   WITH   PREJUDICE**
S A C R A M E N T O   C O U N T Y ;              **PURSUANT TO FRCP 41 (a)(2)**

17
SACRAMENTO COUNTY SHERIFF'S
DEPARTMENT, SHERIFF LOU BLANAS,

18
and DOES I through XXX, inclusive,

19
                                                 First Amended Complaint filed 06/14/04

20
            Defendants.                          Trial Date:    September 26, 2006

21
_____/

22
        **IT IS HEREBY STIPULATED AND AGREED** by and between Plaintiff DIANE

23
DUNCAN and Defendants COUNTY OF SACRAMENTO and SACRAMENTO COUNTY

24
SHERIFF'S DEPARTMENT by and through their undersigned counsel, that any and all

25
claims against Defendants COUNTY OF SACRAMENTO and SACRAMENTO COUNTY

26
SHERIFF'S DEPARTMENT be dismissed with prejudice pursuant to Rule 41(a)(2) of the

27
Federal Rules of Civil Procedure.

28
///

LAW OFFICES OF
**PORTER, SCOTT,**
**WEIBERG & DELEHANT**
A PROFESSIONAL CORPORATION
350 UNIVERSITY AVE., SUITE 200
P.O. BOX 255428
SACRAMENTO, CA 95865
(916) 929-1481
*www.pswdlaw.com*

1

00439858.WPD          **STIPULATION AND ORDER FOR DISMISSAL**

DATED: September 13, 2006                    Respectfully Submitted,

                                             LAW OFFICE OF MARK E. MERIN

                                             /s/ - "Jeffrey I. Schwarzschild"
                                     BY:_____
                                             Jeffrey I. Schwarzschild
                                             Attorneys for Plaintiff

DATED: September 13, 2006                    Respectfully Submitted,

                                             PORTER, SCOTT, WEIBERG & DELEHANT

                                             /s/ - "John R. Whitefleet"
                                     BY:_____
                                             Terence J. Cassidy
                                             John R. Whitefleet
                                             Attorneys for Defendants

**IT IS SO ORDERED.**


Dated: September 25, 2006.



LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

LAW OFFICES OF
**PORTER, SCOTT,
WEIBERG & DELEHANT**
A PROFESSIONAL CORPORATION
350 UNIVERSITY AVE., SUITE 200
P.O. BOX 255428
SACRAMENTO, CA 95865
(916) 929-1481
www.pswdlaw.com

00439858.WPD          **STIPULATION AND ORDER FOR DISMISSAL**

2